United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEHZAD HUSSAIN SYED | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-3828 |
| | § | |
| BEECHNUT MANAGEMENT, LLC, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed on December 16, 2025 (Doc. No. 35), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear their own fees and expenses.

SIGNED this ____30th____ day of December 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE